| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Quicken Loans Inc. | |
| In Re:<br>Fiona Graham aka Fiona M Graham<br><br>                                        Debtor | Case No: <u>18-11502 SLM</u><br><br>Chapter: <u>13</u><br><br>Judge: Stacey L. Meisel |

## NOTICE OF APPEARANCE

   Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Quicken Loans Inc..  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

82 New York Ave Dumont, NJ 07628

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:02/06/2018

                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        Denise Carlon, Esquire
                                        Brian C. Nicholas, Esquire
                                        **KML Law Group, P.C.**
                                        216 Haddon Avenue, Ste. 406
                                        Westmont, NJ 08108
                                        (609) 250-0700 (NJ)
                                        (215) 627-1322 (PA)
                                        FAX: (609) 385-2214
                                        Attorney for Movant/Applicant

*new 8/1/15*