UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, New Jersey   07601
Tel:  201-673-5777
Virginia E. Fortunato, Esq. ~ VEF-0787
Attorney for Debtor, Fiona Graham

Order Filed on February 15, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

FIONA GRAHAM,

       Debtor.

Case Number: 18-11502/SLM

Hearing Date:

Judge: Stacey L. Meisel

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 15, 2018

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to <u>February 27, 2018</u>.

☐ Denied.

*rev.8/1/15*