Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.: 18−11502−SLM
                                          Chapter:  13
                                          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fiona Graham
   aka Fiona M Graham
   82 New York Avenue
   Dumont, NJ 07628

Social Security No.:
   xxx−xx−0703

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              3/14/18
Time:             09:00 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 21, 2018
JAN: smz

                                                                        Jeanne Naughton
                                                                        Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 18-11502-SLM
   Fiona Graham                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Feb 21, 2018
                              Form ID: 132                Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db             +Fiona Graham,    82 New York Avenue,    Dumont, NJ 07628-2410
517296522     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019)
517296520     #+Bank of America,    Nc4-105-03-14,    P.O. Box 26012,   Greensboro, NC 27420-6012
517296527      +Bank of America (FDIC),    Corporate Office,    100 North Tryon Street,
                Charlotte, NC 28202-4031
517296528      Best Buy Corporate Headquarters,    7601 Penn Avenue S (at 7th Street),    Richfield, MN 55423
517296529      +Capital One,   50 Northwest Point Road,    Elk Grove Vilage, IL 60007-1032
517296530      +Capital One Bank (USA), NA (FDIC),    4851 Cox Road,    Glen Allen, VA 23060-6293
517296531      +Capital One Bank Corporate Office,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
517296532      Capital One Bank USA,    P.O. Box 71083,    Charlotte, NC 28272-1083
517296533      +Capital One Bank USA NA,    Att: General Correspondence,    Bankruptcy,    P.O. Box 30285,
                Salt Lake City, UT 84130-0285
517296534      +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296537      Citi Cards,    P.O. Box 9001037,    Louisville, KY 40290-1037
517296538      +Citibank South Dakota, N.A. (FDIC),    701 East 60th Street,    Sioux Falls, SD 57104-0493
517296539      +Citibank, NA (FDIC),    701 East 60th Street, North,    Sioux Falls, SD 57104-0493
517296541      +Citibank/Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
517296540      +Citibank/Sears,    Citicorp Credit Services,    Att: Centralized Bankruptcy,    P.O. Box 790040,
                Saint Louis, MO 63179-0040
517296545      +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296542      +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                Saint Louis, MO 63179-0040
517296548      +Costco Citi,    P.O. Box 6190,    Sioux Falls, SD 57117-6190
517296550      +Costco Go Anywhere Citicard,    P.O. Box 6190,    Sioux Falls, SD 57117-6190
517296549      +Costco Go Anywhere Citicard,    Citicorp Credit Card Services,    Centralized Bankruptcy,
                P.O. Box 790040,    Saint Louis, MO 63179-0040
517296551      +Costco Headquarters,    999 Lake Drive,    Issaquah, WA 98027-5367
517296552      +Discover Bank (FDIC),    502 E. Market Street,    Greenwood, DE 19950-9700
517296555      +Dumont Tax Collector,    50 Washington Avenue,    Dumont, NJ 07628-3647
517296556      Equifax,    1550 Peartree Street NW,    Atlanta, GA 30309
517296557      +Experian,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
517296559      +John and Patricia Graham,    82 New York Avenue,    Apartment No. 1,    Dumont, NJ 07628-2410
517296558      +John and Patricia Graham,    82 New York Avenue,    Apartment No. 1,    NJ 07628-2410
517296561      +Macy's,    9111 Duke Boulevard,    Mason, OH 45040-8999
517296562      +Macy's Corporate Office & Headquarters,    7 West 7th Street,    Cincinnati, OH 45202-2424
517296563      +Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
517296566      +Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
517296565      +Sears,    P.O. Box 78051,    Phoenix, AZ 85062-8051
517296567      +Sears Corporate Headquarters,    3333 Beverly Road,    Hoffman Estates, IL 60179-0001
517296568      +Trans Union,    P.O. Box 2000,    Chester, PA 19016-2000
517296569      +Trans Union Corporate Office,    555 W. Adams Street,    Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2018 23:34:30      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2018 23:34:28      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517296518     +E-mail/Text: ally@ebn.phinsolutions.com Feb 21 2018 23:33:43      Ally Financial,
                200 Renaissance Center,    Detroit, MI 48243-1300
517296519     +E-mail/Text: ally@ebn.phinsolutions.com Feb 21 2018 23:33:43      Ally Financial,
                Att: Bankruptcy,    P.O. Box 380901,    Bloomington, MN 55438-0901
517296554      E-mail/Text: mrdiscen@discover.com Feb 21 2018 23:33:44      Discover Financial,
                P.O. Box 15316,    Wilmington, DE 19850
517313689      E-mail/Text: mrdiscen@discover.com Feb 21 2018 23:33:44      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517296553      E-mail/Text: mrdiscen@discover.com Feb 21 2018 23:33:44      Discover Financial,    P.O. Box 3025,
                New Albany, OH 43054-3025
517296564     +E-mail/Text: bankruptcyteam@quickenloans.com Feb 21 2018 23:34:50      Quicken Loans,
                1050 Woodward Avenue,    Detroit, MI 48226-1906
517341617     +E-mail/Text: bankruptcyteam@quickenloans.com Feb 21 2018 23:34:50      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517296524*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
517296525*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
517296526*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
517296523*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
```

```
District/off: 0312-2          User: admin                Page 2 of 2                   Date Rcvd: Feb 21, 2018
                              Form ID: 132               Total Noticed: 45


            ***** BYPASSED RECIPIENTS (continued) *****
517296521*      +Bank of America,    Nc4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
517296535*      +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296536*      +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296543*      +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                  Saint Louis, MO 63179-0040
517296544*      +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                  Saint Louis, MO 63179-0040
517296546*      +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296547*      +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296560*      +John and Patricia Graham,    82 New York Avenue,    Apartment No. 1,    Dumont, NJ 07628-2410
                                                                                             TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia E. Fortunato    on behalf of Debtor Fiona  Graham njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com
                                                                                             TOTAL: 4
```