```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR
9004-1(b)

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq.
Attorney for Debtor, Fiona Graham
```

In Re:

FIONA GRAHAM,

    Debtor.

Case No.: __18-11502/SLM__

Chapter: __13__

Adv. No.: _____

Hearing Date: __June 19, 2018__

Judge: __Stacey L. Meisel__

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

   ☑ represent the ____debtor____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __May 16, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a) Application for Allowance of Fees to Debtor's Attorney Pre-Confirmation from January 4, 2018 to May 14, 2018;
   (b) Certification of Services from January 4, 2018 to May 14, 2018; and
   (c) proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __May 16, 2018__

/s/ Virginia E. Fortunato, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey  07101 |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>     (as authorized by the court *) |
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey  07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>     (as authorized by the court *) |
| Ms. Fiona Graham<br>82 New York Avenue<br>Dumont, New Jersey 07628 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>     (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>     (as authorized by the court *) |