Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−11502−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fiona Graham
   aka Fiona M Graham
   82 New York Avenue
   Dumont, NJ 07628

Social Security No.:
   xxx−xx−0703

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/19/18 and a confirmation hearing on such Plan has been scheduled for 3/14/18 @ 9:00 a.m..

The debtor filed a Modified Plan on 5/11/18 and a confirmation hearing on the Modified Plan is scheduled for 5/23/18 @ 9:00 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 14, 2018
JAN: smz

                                                          Jeanne Naughton
                                                          Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                               Case No. 18-11502-SLM
Fiona Graham                                                         Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: May 14, 2018
                               Form ID: 186                 Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db             +Fiona Graham,    82 New York Avenue,    Dumont, NJ 07628-2410
517296522     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019)
517296527      +Bank of America (FDIC),    Corporate Office,    100 North Tryon Street,
                 Charlotte, NC 28202-4031
517438873      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
517296528       Best Buy Corporate Headquarters,    7601 Penn Avenue S (at 7th Street),    Richfield, MN 55423
517296529      +Capital One,    50 Northwest Point Road,    Elk Grove Vilage, IL 60007-1032
517296530      +Capital One Bank (USA), NA (FDIC),    4851 Cox Road,    Glen Allen, VA 23060-6293
517296531      +Capital One Bank Corporate Office,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
517296532       Capital One Bank USA,    P.O. Box 71083,   Charlotte, NC 28272-1083
517296533      +Capital One Bank USA NA,    Att: General Correspondence,    Bankruptcy,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
517296534      +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296537       Citi Cards,    P.O. Box 9001037,    Louisville, KY 40290-1037
517296538      +Citibank South Dakota, N.A. (FDIC),    701 East 60th Street,    Sioux Falls, SD 57104-0493
517296539      +Citibank, NA (FDIC),    701 East 60th Street, North,    Sioux Falls, SD 57104-0493
517296541      +Citibank/Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
517296540      +Citibank/Sears,    Citicorp Credit Services,    Att: Centralized Bankruptcy,    P.O. Box 790040,
                 Saint Louis, MO 63179-0040
517296545      +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296542      +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                 Saint Louis, MO 63179-0040
517296548      +Costco Citi,    P.O. Box 6190,    Sioux Falls, SD 57117-6190
517296550      +Costco Go Anywhere Citicard,    P.O. Box 6190,    Sioux Falls, SD 57117-6190
517296549      +Costco Go Anywhere Citicard,    Citicorp Credit Card Services,    Centralized Bankruptcy,
                 P.O. Box 790040,    Saint Louis, MO 63179-0040
517296551      +Costco Headquarters,    999 Lake Drive,    Issaquah, WA 98027-5367
517296552      +Discover Bank (FDIC),    502 E. Market Street,    Greenwood, DE 19950-9700
517296555      +Dumont Tax Collector,    50 Washington Avenue,    Dumont, NJ 07628-3647
517296556       Equifax,    1550 Peartree Street NW,    Atlanta, GA 30309
517296557      +Experian,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
517296559      +John and Patricia Graham,    82 New York Avenue,    Apartment No. 1,    Dumont, NJ 07628-2410
517296558      +John and Patricia Graham,    82 New York Avenue,    Apartment No. 1,    NJ 07628-2410
517296561      +Macy’s,    9111 Duke Boulevard,    Mason, OH 45040-8999
517296562      +Macy’s Corporate Office & Headquarters,    7 West 7th Street,    Cincinnati, OH 45202-2424
517296563      +Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
517296566      +Sears,    P.O. Box 6282,   Sioux Falls, SD 57117-6282
517296565      +Sears,    P.O. Box 78051,    Phoenix, AZ 85062-8051
517296567      +Sears Corporate Headquarters,    3333 Beverly Road,    Hoffman Estates, IL 60179-0001
517296568      +Trans Union,    P.O. Box 2000,    Chester, PA 19016-2000
517296569      +Trans Union Corporate Office,    555 W. Adams Street,    Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2018 23:31:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517344527       E-mail/Text: ally@ebn.phinsolutions.com May 14 2018 23:30:53      Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
517296518      +E-mail/Text: ally@ebn.phinsolutions.com May 14 2018 23:30:53      Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
517296519      +E-mail/Text: ally@ebn.phinsolutions.com May 14 2018 23:30:53      Ally Financial,
                 Att: Bankruptcy,    P.O. Box 380901,    Bloomington, MN 55438-0901
517296554       E-mail/Text: mrdiscen@discover.com May 14 2018 23:30:55      Discover Financial,
                 P.O. Box 15316,    Wilmington, DE 19850
517313689       E-mail/Text: mrdiscen@discover.com May 14 2018 23:30:55      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517296553      +E-mail/Text: mrdiscen@discover.com May 14 2018 23:30:55      Discover Financial,   P.O. Box 3025,
                 New Albany, OH 43054-3025
517433302       E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2018 23:36:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517296564      +E-mail/Text: bankruptcyteam@quickenloans.com May 14 2018 23:31:52      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
517341617      +E-mail/Text: bankruptcyteam@quickenloans.com May 14 2018 23:31:52      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
517407821      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 14 2018 23:35:55      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 14, 2018
                              Form ID: 186             Total Noticed: 48


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517296523*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
517296524*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
517296525*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
517296526*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
517296521*      +Bank of America,    Nc4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
517296535*      +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296536*      +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296543*      +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                 Saint Louis, MO 63179-0040
517296544*      +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                 Saint Louis, MO 63179-0040
517296546*      +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296547*      +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296560*      +John and Patricia Graham,    82 New York Avenue,    Apartment No. 1,    Dumont, NJ 07628-2410
517296520      ##+Bank of America,    Nc4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 0, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia E. Fortunato    on behalf of Debtor Fiona  Graham njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com
                                                                                             TOTAL: 4
```