| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, NJ 07601<br>201-673-5777<br><br>Virginia E. Fortunato #VEF-0787<br>*Attorney for Debtor, Fiona Graham* |

Order Filed on June 26, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

| In Re:<br><br>**FIONA GRAHAM,**<br>        Debtor. |
|---|

Case No.   18-11502/SLM

Chapter:   13

Hearing Date:   June 19, 2018

Judge:   Stacey L. Meisel

**ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES FOR
SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)**

      The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

DATED: June 26, 2018

                                                */s/ Stacey L. Meisel*
                                        Honorable Stacey L. Meisel
                                        United States Bankruptcy Judge

**Page:** 2
**Debtors:** Fiona Graham
**Case No.:** 18-11502/SLM - Chapter 13
**Caption:** Order For Allowance of Pre-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b)

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Fiona Graham, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that the attorney for the debtor is hereby allowed the sum of $4,943.25 as her fee and $418.00 for costs and expenses of which $2,362.50 has already been received by said attorney and of which the balance of $2,998.75 shall be paid to said attorney through the debtor's plan; and it is further,

**ORDERED,** that the monthly payment to the Chapter 13 Trustee shall not be increased based on this Order; and it is further,

**ORDERED,** that should this case terminate due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the movant before monies are released to the debtor.