| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, NJ 07601<br>201-673-5777<br><br>Virginia E. Fortunato #VEF-0787<br>*Attorney for Debtor, Fiona Graham* |

Order Filed on June 26, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

| In Re: | Case No. 18-11502/SLM |
|---|---|
| **FIONA GRAHAM,** | Chapter: 13 |
| Debtor. | Hearing Date: June 19, 2018 |
| | Judge: Stacey L. Meisel |

**ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES FOR SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

DATED: June 26, 2018

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page:** 2
**Debtors:** Fiona Graham
**Case No.:** 18-11502/SLM - Chapter 13
**Caption:** Order For Allowance of Pre-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b)

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Fiona Graham, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that the attorney for the debtor is hereby allowed the sum of $4,943.25 as her fee and $418.00 for costs and expenses of which $2,362.50 has already been received by said attorney and of which the balance of $2,998.75 shall be paid to said attorney through the debtor's plan; and it is further,

**ORDERED,** that the monthly payment to the Chapter 13 Trustee shall not be increased based on this Order; and it is further,

**ORDERED,** that should this case terminate due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the movant before monies are released to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Fiona Graham  
    Debtor

Case No. 18-11502-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 27, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.  
db            +Fiona Graham,    82 New York Avenue,    Dumont, NJ 07628-2410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
       Marie-Ann Greenberg    magecf@magtrustee.com
       Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       Virginia E. Fortunato    on behalf of Debtor Fiona Graham njbankruptcy911@gmail.com, bankruptcynotices2011@gmail.com
                                                         TOTAL: 4