VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 18-11502

Re:    FIONA GRAHAM                                         Atty:    VIRGINIA E FORTUNATO LLC
       82 NEW YORK AVENUE                                            ONE KINDERKAMACK ROAD
       DUMONT, NJ  07628                                             HACKENSACK, NJ  07601

## RECEIPTS AS OF 12/31/2018      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/26/2018 | $1,037.00 | 4697675000 - | 03/30/2018 | $1,037.00 | 4789714000 |
| 04/30/2018 | $1,037.00 | 4871276000 | 05/29/2018 | $683.00 | 4945435000 |
| 06/29/2018 | $683.00 | 5026115000 | 08/02/2018 | $683.00 | 5119334000 |
| 09/04/2018 | $683.00 | 5203606000 | 10/01/2018 | $683.00 | 5277069000 |
| 11/02/2018 | $683.00 | 5359937000 | 12/28/2018 | $683.00 | 5495476000 |

**Total Receipts: $7,892.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,892.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 10/22/2018 | $710.22 | 811,706 | 11/19/2018 | $179.29 | 813,671 |
| | 12/17/2018 | $179.30 | 815,557 | | | |
| DISCOVER BANK | | | | | | |
| | 10/22/2018 | $285.07 | 811,895 | 11/19/2018 | $71.99 | 813,840 |
| | 12/17/2018 | $71.96 | 815,724 | | | |
| LVNV FUNDING LLC | | | | | | |
| | 10/22/2018 | $150.79 | 812,122 | 10/22/2018 | $698.52 | 812,122 |
| | 10/22/2018 | $691.02 | 812,122 | 11/19/2018 | $38.09 | 814,053 |
| | 11/19/2018 | $176.34 | 814,053 | 11/19/2018 | $174.45 | 814,053 |
| | 12/17/2018 | $38.05 | 815,939 | 12/17/2018 | $176.36 | 815,939 |
| | 12/17/2018 | $174.47 | 815,939 | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | |
| | 10/22/2018 | $15.52 | 812,878 | 12/17/2018 | $7.84 | 816,678 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 409.89 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,998.75 | 100.00% | 2,998.75 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE BANK USA NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 1,951.93 | 100.00% | 226.93 | 1,725.00 |
| 0017 | CITIBANK/SEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 18-11502

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | LVNV FUNDING LLC | UNSECURED | 9,041.58 | 100.00% | 1,051.22 | 7,990.36 |
| 0021 | LVNV FUNDING LLC | UNSECURED | 8,944.48 | 100.00% | 1,039.94 | 7,904.54 |
| 0025 | DISCOVER BANK | UNSECURED | 3,690.00 | 100.00% | 429.02 | 3,260.98 |
| 0027 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | BANK OF AMERICA | UNSECURED | 9,192.83 | 100.00% | 1,068.81 | 8,124.02 |
| 0045 | CITICARDS CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 200.88 | 100.00% | 23.36 | 177.52 |

**Total Paid: $7,247.92**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $7,892.00       -      Paid to Claims: $3,839.28       -      Admin Costs Paid: $3,408.64       =      Funds on Hand: $644.08

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.