VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-11502

Re:   FIONA GRAHAM                                               Atty:  VIRGINIA E FORTUNATO LLC
      82 NEW YORK AVENUE                                                ONE KINDERKAMACK ROAD
      DUMONT, NJ  07628                                                 HACKENSACK, NJ  07601

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/26/2018 | $1,037.00 | 4697675000 - | 03/30/2018 | $1,037.00 | 4789714000 |
| 04/30/2018 | $1,037.00 | 4871276000 | 05/29/2018 | $683.00 | 4945435000 |
| 06/29/2018 | $683.00 | 5026115000 | 08/02/2018 | $683.00 | 5119334000 |
| 09/04/2018 | $683.00 | 5203606000 | 10/01/2018 | $683.00 | 5277069000 |
| 11/02/2018 | $683.00 | 5359937000 | 12/28/2018 | $683.00 | 5495476000 |
| 01/29/2019 | $683.00 | 5575229000 | 02/14/2019 | $1,366.00 | 5621991000 |
| 03/13/2019 | $683.00 | 5698755000 | 04/15/2019 | $683.00 | 5780057000 |
| 06/03/2019 | $683.00 | 5906395000 | 07/01/2019 | $683.00 | 5982486000 |
| 08/01/2019 | $683.00 | 6059426000 | 08/19/2019 | $683.00 | 6107489000 |
| 09/27/2019 | $683.00 | 6206115000 | 11/04/2019 | $683.00 | 6298934000 |
| 12/02/2019 | $683.00 | 6372468000 | 12/23/2019 | $683.00 | 6425123000 |

**Total Receipts: $16,771.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $16,771.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 10/22/2018 | $710.22 | 811,706 | | 11/19/2018 | $179.29 | 813,671 |
| | 12/17/2018 | $179.30 | 815,557 | | 02/11/2019 | $179.30 | 819,370 |
| | 03/18/2019 | $537.91 | 821,337 | | 04/15/2019 | $179.30 | 823,371 |
| | 05/20/2019 | $179.30 | 825,347 | | 07/15/2019 | $182.53 | 829,232 |
| | 08/19/2019 | $182.53 | 831,181 | | 09/16/2019 | $182.55 | 833,215 |
| | 10/21/2019 | $182.53 | 835,218 | | 11/18/2019 | $187.27 | 837,311 |
| | 12/16/2019 | $180.26 | 839,253 | | 01/13/2020 | $180.24 | 841,131 |
| DISCOVER BANK | | | | | | | |
| | 10/22/2018 | $285.07 | 811,895 | | 11/19/2018 | $71.99 | 813,840 |
| | 12/17/2018 | $71.96 | 815,724 | | 02/11/2019 | $71.97 | 819,537 |
| | 03/18/2019 | $215.92 | 821,513 | | 04/15/2019 | $71.97 | 823,543 |
| | 05/20/2019 | $71.97 | 825,522 | | 06/25/2019 | ($71.97) | 825,522 |
| | 06/25/2019 | $71.97 | 828,617 | | 07/15/2019 | $73.27 | 829,391 |
| | 08/19/2019 | $73.27 | 831,364 | | 09/16/2019 | $73.26 | 833,380 |
| | 10/21/2019 | $73.27 | 835,407 | | 11/18/2019 | $75.17 | 837,479 |
| | 12/16/2019 | $72.35 | 839,411 | | 01/13/2020 | $72.37 | 841,274 |

**Chapter 13 Case # 18-11502**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 10/22/2018 | $150.79 | 812,122 | | 10/22/2018 | $698.52 | 812,122 |
| | 10/22/2018 | $691.02 | 812,122 | | 11/19/2018 | $38.09 | 814,053 |
| | 11/19/2018 | $176.34 | 814,053 | | 11/19/2018 | $174.45 | 814,053 |
| | 12/17/2018 | $38.05 | 815,939 | | 12/17/2018 | $176.36 | 815,939 |
| | 12/17/2018 | $174.47 | 815,939 | | 02/11/2019 | $38.08 | 819,754 |
| | 02/11/2019 | $176.36 | 819,754 | | 02/11/2019 | $174.45 | 819,754 |
| | 03/18/2019 | $114.21 | 821,739 | | 03/18/2019 | $529.06 | 821,739 |
| | 03/18/2019 | $523.37 | 821,739 | | 04/15/2019 | $38.07 | 823,761 |
| | 04/15/2019 | $176.35 | 823,761 | | 04/15/2019 | $174.45 | 823,761 |
| | 05/20/2019 | $38.08 | 825,744 | | 05/20/2019 | $176.35 | 825,744 |
| | 05/20/2019 | $174.45 | 825,744 | | 07/15/2019 | $38.75 | 829,590 |
| | 07/15/2019 | $179.52 | 829,590 | | 07/15/2019 | $177.63 | 829,590 |
| | 08/19/2019 | $38.77 | 831,585 | | 08/19/2019 | $179.53 | 831,585 |
| | 08/19/2019 | $177.60 | 831,585 | | 09/16/2019 | $38.75 | 833,588 |
| | 09/16/2019 | $179.55 | 833,588 | | 09/16/2019 | $177.58 | 833,588 |
| | 10/21/2019 | $38.76 | 835,619 | | 10/21/2019 | $179.53 | 835,619 |
| | 10/21/2019 | $177.60 | 835,619 | | 11/18/2019 | $39.76 | 837,689 |
| | 11/18/2019 | $184.19 | 837,689 | | 11/18/2019 | $182.26 | 837,689 |
| | 12/16/2019 | $38.27 | 839,606 | | 12/16/2019 | $177.29 | 839,606 |
| | 12/16/2019 | $175.39 | 839,606 | | 01/13/2020 | $38.29 | 841,483 |
| | 01/13/2020 | $177.27 | 841,483 | | 01/13/2020 | $175.37 | 841,483 |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | | |
| | 10/22/2018 | $15.52 | 812,878 | | 12/17/2018 | $7.84 | 816,678 |
| | 03/18/2019 | $15.66 | 822,546 | | 05/20/2019 | $7.85 | 826,585 |
| | 08/19/2019 | $7.97 | 832,418 | | 10/21/2019 | $7.98 | 836,461 |
| | 12/16/2019 | $8.03 | 840,326 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 830.61 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,998.75 | 100.00% | 2,998.75 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE BANK USA NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 1,951.93 | 100.00% | 726.72 | 1,225.21 |
| 0017 | CITIBANK/SEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 9,041.58 | 100.00% | 3,366.22 | 5,675.36 |
| 0021 | LVNV FUNDING LLC | UNSECURED | 8,944.48 | 100.00% | 3,330.09 | 5,614.39 |
| 0025 | DISCOVER BANK | UNSECURED | 3,690.00 | 100.00% | 1,373.81 | 2,316.19 |
| 0027 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | BANK OF AMERICA | UNSECURED | 9,192.83 | 100.00% | 3,422.53 | 5,770.30 |
| 0045 | CITICARDS CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 200.88 | 100.00% | 70.85 | 130.03 |

**Total Paid: $16,119.58**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $16,771.00    -    Paid to Claims: $12,290.22    -    Admin Costs Paid: $3,829.36    =    Funds on Hand: $651.42

**Chapter 13 Case # 18-11502**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.