VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ  07601

Re:  FIONA GRAHAM  
82 NEW YORK AVENUE  
DUMONT, NJ  07628

Atty:  VIRGINIA E FORTUNATO LLC  
ONE KINDERKAMACK ROAD  
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 18-11502

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/26/2018 | $1,037.00 | 4697675000 - | 03/30/2018 | $1,037.00 | 4789714000 |
| 04/30/2018 | $1,037.00 | 4871276000 | 05/29/2018 | $683.00 | 4945435000 |
| 06/29/2018 | $683.00 | 5026115000 | 08/02/2018 | $683.00 | 5119334000 |
| 09/04/2018 | $683.00 | 5203606000 | 10/01/2018 | $683.00 | 5277069000 |
| 11/02/2018 | $683.00 | 5359937000 | 12/28/2018 | $683.00 | 5495476000 |
| 01/29/2019 | $683.00 | 5575229000 | 02/14/2019 | $1,366.00 | 5621991000 |
| 03/13/2019 | $683.00 | 5698755000 | 04/15/2019 | $683.00 | 5780057000 |
| 06/03/2019 | $683.00 | 5906395000 | 07/01/2019 | $683.00 | 5982486000 |
| 08/01/2019 | $683.00 | 6059426000 | 08/19/2019 | $683.00 | 6107489000 |
| 09/27/2019 | $683.00 | 6206115000 | 11/04/2019 | $683.00 | 6298934000 |
| 12/02/2019 | $683.00 | 6372468000 | 12/23/2019 | $683.00 | 6425123000 |
| 02/21/2020 | $683.00 | 6575952000 | 03/27/2020 | $683.00 | 6664641000 |
| 04/27/2020 | $683.00 | 6740200000 | 05/28/2020 | $683.00 | 6819552000 |
| 07/01/2020 | $683.00 | 6907748000 | 07/29/2020 | $683.00 | 6971878000 |
| 08/14/2020 | $683.00 | 7011274000 | 09/03/2020 | $1,386.00 | 7060560000 |
| 10/02/2020 | $683.00 | 7131356000 | 11/02/2020 | $683.00 | 7202675000 |
| 12/02/2020 | $683.00 | 7278554000 | 01/04/2021 | $683.00 | 7345346000 |
| 02/01/2021 | $683.00 | 7420825000 | 04/02/2021 | $1,366.00 | 7569588000 |
| 05/03/2021 | $683.00 | 7640014000 | 06/02/2021 | $683.00 | 7709903000 |
| 06/30/2021 | $683.00 | 7774670000 | 08/10/2021 | $683.00 | 7870615000 |
| 08/30/2021 | $683.00 | 7911583000 | 10/04/2021 | $683.00 | 7991452000 |
| 11/01/2021 | $683.00 | 8046346000 | 12/30/2021 | $1,346.00 | 8174932000 |

**Total Receipts: $33,846.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $33,846.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 10/22/2018 | $710.22 | 811,706 | 11/19/2018 | $179.29 | 813,671 |
| | 12/17/2018 | $179.30 | 815,557 | 02/11/2019 | $179.30 | 819,370 |

**Chapter 13 Case # 18-11502**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 03/18/2019 | $537.91 | 821,337 | | 04/15/2019 | $179.30 | 823,371 |
| | 05/20/2019 | $179.30 | 825,347 | | 07/15/2019 | $182.53 | 829,232 |
| | 08/19/2019 | $182.53 | 831,181 | | 09/16/2019 | $182.55 | 833,215 |
| | 10/21/2019 | $182.53 | 835,218 | | 11/18/2019 | $187.27 | 837,311 |
| | 12/16/2019 | $180.26 | 839,253 | | 01/13/2020 | $180.24 | 841,131 |
| | 02/10/2020 | $180.27 | 843,007 | | 04/20/2020 | $180.24 | 846,862 |
| | 05/18/2020 | $180.25 | 848,779 | | 06/15/2020 | $171.13 | 850,460 |
| | 07/20/2020 | $171.13 | 852,248 | | 08/17/2020 | $175.88 | 854,122 |
| | 09/21/2020 | $351.76 | 855,929 | | 10/19/2020 | $356.90 | 857,817 |
| | 11/16/2020 | $175.88 | 859,609 | | 12/21/2020 | $175.88 | 861,428 |
| | 01/11/2021 | $175.90 | 863,225 | | 02/22/2021 | $175.86 | 864,890 |
| | 03/15/2021 | $175.88 | 866,760 | | 05/17/2021 | $351.76 | 870,330 |
| | 06/21/2021 | $178.73 | 872,131 | | 07/19/2021 | $178.73 | 873,935 |
| | 08/16/2021 | $178.73 | 875,618 | | 09/20/2021 | $178.73 | 877,345 |
| | 10/18/2021 | $178.73 | 879,122 | | 11/17/2021 | $180.63 | 880,833 |
| | 12/13/2021 | $180.63 | 882,469 | | | | |
| DISCOVER BANK | | | | | | | |
| | 10/22/2018 | $285.07 | 811,895 | | 11/19/2018 | $71.99 | 813,840 |
| | 12/17/2018 | $71.96 | 815,724 | | 02/11/2019 | $71.97 | 819,537 |
| | 03/18/2019 | $215.92 | 821,513 | | 04/15/2019 | $71.97 | 823,543 |
| | 05/20/2019 | $71.97 | 825,522 | | 06/25/2019 | ($71.97) | 825,522 |
| | 06/25/2019 | $71.97 | 828,617 | | 07/15/2019 | $73.27 | 829,391 |
| | 08/19/2019 | $73.27 | 831,364 | | 09/16/2019 | $73.26 | 833,380 |
| | 10/21/2019 | $73.27 | 835,407 | | 11/18/2019 | $75.17 | 837,479 |
| | 12/16/2019 | $72.35 | 839,411 | | 01/13/2020 | $72.37 | 841,274 |
| | 02/10/2020 | $72.34 | 843,163 | | 04/20/2020 | $72.36 | 847,018 |
| | 05/18/2020 | $72.35 | 848,908 | | 06/15/2020 | $68.69 | 850,594 |
| | 07/20/2020 | $68.69 | 852,397 | | 08/17/2020 | $70.60 | 854,261 |
| | 09/21/2020 | $141.20 | 856,078 | | 10/19/2020 | $143.26 | 857,956 |
| | 11/16/2020 | $70.60 | 859,752 | | 12/21/2020 | $70.60 | 861,576 |
| | 01/11/2021 | $70.59 | 863,353 | | 02/22/2021 | $70.59 | 865,048 |
| | 03/15/2021 | $70.60 | 866,886 | | 05/17/2021 | $141.20 | 870,479 |
| | 06/21/2021 | $71.75 | 872,290 | | 07/19/2021 | $71.74 | 874,082 |
| | 08/16/2021 | $71.74 | 875,765 | | 09/20/2021 | $71.74 | 877,508 |
| | 10/18/2021 | $71.76 | 879,277 | | 11/17/2021 | $72.50 | 880,988 |
| | 12/13/2021 | $72.51 | 882,619 | | | | |

**Chapter 13 Case # 18-11502**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | |
| | 10/22/2018 | $691.02 | 812,122 | 10/22/2018 | $150.79 | 812,122 |
| | 10/22/2018 | $698.52 | 812,122 | 11/19/2018 | $38.09 | 814,053 |
| | 11/19/2018 | $176.34 | 814,053 | 11/19/2018 | $174.45 | 814,053 |
| | 12/17/2018 | $38.05 | 815,939 | 12/17/2018 | $176.36 | 815,939 |
| | 12/17/2018 | $174.47 | 815,939 | 02/11/2019 | $174.45 | 819,754 |
| | 02/11/2019 | $176.36 | 819,754 | 02/11/2019 | $38.08 | 819,754 |
| | 03/18/2019 | $114.21 | 821,739 | 03/18/2019 | $529.06 | 821,739 |
| | 03/18/2019 | $523.37 | 821,739 | 04/15/2019 | $38.07 | 823,761 |
| | 04/15/2019 | $176.35 | 823,761 | 04/15/2019 | $174.45 | 823,761 |
| | 05/20/2019 | $38.08 | 825,744 | 05/20/2019 | $176.35 | 825,744 |
| | 05/20/2019 | $174.45 | 825,744 | 07/15/2019 | $38.75 | 829,590 |
| | 07/15/2019 | $179.52 | 829,590 | 07/15/2019 | $177.63 | 829,590 |
| | 08/19/2019 | $38.77 | 831,585 | 08/19/2019 | $179.53 | 831,585 |
| | 08/19/2019 | $177.60 | 831,585 | 09/16/2019 | $38.75 | 833,588 |
| | 09/16/2019 | $179.55 | 833,588 | 09/16/2019 | $177.58 | 833,588 |
| | 10/21/2019 | $38.76 | 835,619 | 10/21/2019 | $179.53 | 835,619 |
| | 10/21/2019 | $177.60 | 835,619 | 11/18/2019 | $39.76 | 837,689 |
| | 11/18/2019 | $184.19 | 837,689 | 11/18/2019 | $182.26 | 837,689 |
| | 12/16/2019 | $38.27 | 839,606 | 12/16/2019 | $175.39 | 839,606 |
| | 12/16/2019 | $177.29 | 839,606 | 01/13/2020 | $38.29 | 841,483 |
| | 01/13/2020 | $177.27 | 841,483 | 01/13/2020 | $175.37 | 841,483 |
| | 02/10/2020 | $38.27 | 843,374 | 02/10/2020 | $177.31 | 843,374 |
| | 02/10/2020 | $175.35 | 843,374 | 04/20/2020 | $38.27 | 847,233 |
| | 04/20/2020 | $177.27 | 847,233 | 04/20/2020 | $175.40 | 847,233 |
| | 05/18/2020 | $38.27 | 849,089 | 05/18/2020 | $177.28 | 849,089 |
| | 05/18/2020 | $175.38 | 849,089 | 06/15/2020 | $36.33 | 850,783 |
| | 06/15/2020 | $168.32 | 850,783 | 06/15/2020 | $166.50 | 850,783 |
| | 07/20/2020 | $36.34 | 852,601 | 07/20/2020 | $168.31 | 852,601 |
| | 07/20/2020 | $166.50 | 852,601 | 08/17/2020 | $37.34 | 854,459 |
| | 08/17/2020 | $172.99 | 854,459 | 08/17/2020 | $171.13 | 854,459 |
| | 09/21/2020 | $74.69 | 856,296 | 09/21/2020 | $345.97 | 856,296 |
| | 09/21/2020 | $342.25 | 856,296 | 10/19/2020 | $75.79 | 858,158 |
| | 10/19/2020 | $351.02 | 858,158 | 10/19/2020 | $347.28 | 858,158 |
| | 11/16/2020 | $37.35 | 859,945 | 11/16/2020 | $172.99 | 859,945 |
| | 11/16/2020 | $171.13 | 859,945 | 12/21/2020 | $37.34 | 861,781 |
| | 12/21/2020 | $172.98 | 861,781 | 12/21/2020 | $171.13 | 861,781 |
| | 01/11/2021 | $37.35 | 863,538 | 01/11/2021 | $173.01 | 863,538 |
| | 01/11/2021 | $171.10 | 863,538 | 02/22/2021 | $37.34 | 865,282 |
| | 02/22/2021 | $172.97 | 865,282 | 02/22/2021 | $171.16 | 865,282 |
| | 03/15/2021 | $37.34 | 867,079 | 03/15/2021 | $172.99 | 867,079 |
| | 03/15/2021 | $171.13 | 867,079 | 05/17/2021 | $74.69 | 870,698 |
| | 05/17/2021 | $345.97 | 870,698 | 05/17/2021 | $342.25 | 870,698 |
| | 06/21/2021 | $37.95 | 872,502 | 06/21/2021 | $175.78 | 872,502 |
| | 06/21/2021 | $173.90 | 872,502 | 07/19/2021 | $37.95 | 874,279 |
| | 07/19/2021 | $175.79 | 874,279 | 07/19/2021 | $173.90 | 874,279 |
| | 08/16/2021 | $37.95 | 875,972 | 08/16/2021 | $175.80 | 875,972 |
| | 08/16/2021 | $173.90 | 875,972 | 09/20/2021 | $37.95 | 877,723 |
| | 09/20/2021 | $175.79 | 877,723 | 09/20/2021 | $173.90 | 877,723 |
| | 10/18/2021 | $37.96 | 879,469 | 10/18/2021 | $175.78 | 879,469 |
| | 10/18/2021 | $173.90 | 879,469 | 11/17/2021 | $38.35 | 881,183 |
| | 11/17/2021 | $177.66 | 881,183 | 11/17/2021 | $175.75 | 881,183 |
| | 12/13/2021 | $38.35 | 882,807 | 12/13/2021 | $177.66 | 882,807 |
| | 12/13/2021 | $175.75 | 882,807 | | | |

Case 18-11502-SLM    Doc 44    Filed 01/14/22    Entered 01/14/22 14:18:24    Desc Main
Document      Page 4 of 4

**Chapter 13 Case # 18-11502**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | |
| | 10/22/2018 | $15.52 | 812,878 | 12/17/2018 | $7.84 | 816,678 |
| | 03/18/2019 | $15.66 | 822,546 | 05/20/2019 | $7.85 | 826,585 |
| | 08/19/2019 | $7.97 | 832,418 | 10/21/2019 | $7.98 | 836,461 |
| | 12/16/2019 | $8.03 | 840,326 | 02/10/2020 | $7.88 | 844,091 |
| | 05/18/2020 | $7.88 | 849,756 | 07/20/2020 | $7.47 | 853,339 |
| | 09/21/2020 | $11.54 | 857,048 | 10/19/2020 | $7.79 | 858,861 |
| | 12/21/2020 | $7.69 | 862,542 | 02/22/2021 | $7.68 | 866,070 |
| | 05/17/2021 | $11.54 | 871,349 | 07/19/2021 | $7.81 | 874,914 |
| | 09/20/2021 | $7.81 | 878,418 | 11/17/2021 | $7.85 | 881,815 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,994.89 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,998.75 | 100.00% | 2,998.75 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE BANK USA NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 1,951.93 | 100.00% | 1,629.89 | 322.04 |
| 0017 | CITIBANK/SEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 9,041.58 | 100.00% | 7,549.86 | 1,491.72 |
| 0021 | LVNV FUNDING LLC | UNSECURED | 8,944.48 | 100.00% | 7,468.78 | 1,475.70 |
| 0025 | DISCOVER BANK | UNSECURED | 3,690.00 | 100.00% | 3,081.22 | 608.78 |
| 0027 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | BANK OF AMERICA | UNSECURED | 9,192.83 | 100.00% | 7,676.16 | 1,516.67 |
| 0045 | CITICARDS CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 200.88 | 100.00% | 163.79 | 37.09 |

**Total Paid: $32,563.34**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $33,846.00    -    Paid to Claims: $27,569.70    -    Admin Costs Paid: $4,993.64    =    Funds on Hand: $1,282.66

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.