| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>VIRGINIA E. FORTUNATO, ESQ.<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br>Virginia E. Fortunato, Esq. ~ 0787<br>Attorney for Debtor, Fiona Graham | |
| In Re:<br><br>FIONA GRAHAM,<br><br>Debtor. | Case No.: __18-11502/SLM__<br><br>Chapter: __13__<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: __Stacey L. Meisel__ |

## CERTIFICATION OF SERVICE

1. I, ___Virginia E. Fortunato___ :

    ☑ represent the ___Debtor___ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On ___July 4, 2022___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    (a) Notice of Motion for Authorizing of Post-Petition Loan Modification, etc.;
    (b) Attorney's Certification in Support of Motion; and,
    (c) Proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: ___July 4, 2022___            /s/ Virginia E. Fortunato, Esq.
                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Room No. 2100<br>Newark, New Jersey 07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rocket Loan Mortgage, LLC<br>f/k/a Quick Loans, Inc.<br>c/o Denise E. Carlton, Esq.<br>KLM Law Group, P.C.<br>701 Market Street - Suite 5000<br>Philadelphia, Pennsylvania 19106 | Attorneys for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ms. Fiona Graham<br>82 New York Avenue<br>Dumont, New Jersey 07628 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |