UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRIAN C. NICHOLAS, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
bnicholas@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Fiona Graham aka Fiona M Graham, Debtor(s)

Case No.:      18-11502 SLM

Chapter:            13

Hearing Date: _____

Judge:      Stacey L. Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Mortgage Payment Change filed 07/05/2022

_____

Date: 07/06/2022                    /s/ Brian C. Nicholas, Esq.
                                    Signature

*rev.8/1/15*