UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR**
**9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq.
Attorney for Debtor, Fiona Graham

In Re:

FIONA GRAHAM,

              Debtor.

Case No.:        18-11502/SLM

Chapter:              13

Adv. No.:

Hearing Date:     September 6, 2022

Judge:              Stacey L. Meisel

## CERTIFICATION OF SERVICE

1.  I,    Virginia E. Fortunato, Esq.    :

☑ represent the            debtor            in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents the

_____ in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.  On    August 3, 2002   , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

(a) Cover Sheet and Application for Allowance of Fees to Debtor's Attorney Post-Conf;
(b) Application for Allowance and Fees; (c)  Certification of Services; and
(d) proposed form of Order.

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   August 3, 2022                    /s/ Virginia E. Fortunato, Esq.
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey   07101 | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>     (as authorized by the court *) |
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey   07004 | Chapter 13 Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>     (as authorized by the court *) |
| Ms. Fiona Graham<br>82 New York Avenue<br>Dumont, New Jersey   07628 | Debtor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>☑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>     (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>     (as authorized by the court *) |