Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  18−11502−SLM
                    Chapter:  13
                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fiona Graham
   aka Fiona M Graham
   82 New York Avenue
   Dumont, NJ 07628

Social Security No.:
   xxx−xx−0703

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      9/6/22
Time:     02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Application for Compensation for Virginia E. Fortunato

COMMISSION OR FEES
$2,850.7

EXPENSES
$18.79.

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 3, 2022
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-11502-SLM
Fiona Graham  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Aug 03, 2022     Form ID: 137     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fiona Graham, 82 New York Avenue, Dumont, NJ 07628-2410 |
| 517296528 | | Best Buy Corporate Headquarters, 7601 Penn Avenue S (at 7th Street), Richfield, MN 55423 |
| 517296529 | + | Capital One, 50 Northwest Point Road, Elk Grove Vilage, IL 60007-1032 |
| 517296530 | + | Capital One Bank (USA), NA (FDIC), 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 517296531 | + | Capital One Bank Corporate Office, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 517296551 | + | Costco Headquarters, 999 Lake Drive, Issaquah, WA 98027-5367 |
| 517296552 | + | Discover Bank (FDIC), 502 E. Market Street, Greenwood, DE 19950-9700 |
| 517296555 | + | Dumont Tax Collector, 50 Washington Avenue, Dumont, NJ 07628-3647 |
| 517296559 | + | John and Patricia Graham, 82 New York Avenue, Apartment No. 1, Dumont, NJ 07628-2410 |
| 517296558 | + | John and Patricia Graham, 82 New York Avenue, Apartment No. 1, NJ 07628-2410 |
| 517296562 | + | Macy's Corporate Office & Headquarters, 7 West 7th Street, Cincinnati, OH 45202-2424 |
| 517296567 | + | Sears Corporate Headquarters, 3333 Beverly Road, Hoffman Estates, IL 60179-0001 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 03 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 03 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517344527 | | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2022 20:40:32 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517296519 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2022 20:40:32 | Ally Financial, Att: Bankruptcy, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 517296518 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2022 20:40:32 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 517296522 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 03 2022 20:40:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 517296523 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 03 2022 20:40:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296520 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 03 2022 20:40:00 | Bank of America, Nc4-105-03-14, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 517296527 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 03 2022 20:41:00 | Bank of America (FDIC), Corporate Office, 100 North Tryon Street, Charlotte, NC 28202-4000 |
| 517438873 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 03 2022 20:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517296565 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:47 | Sears, P.O. Box 78051, Phoenix, AZ 85062 |
| 517296532 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 18-11502-SLM    Doc 53    Filed 08/05/22    Entered 08/06/22 00:14:39    Desc Imaged
                         Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2022 | Form ID: 137 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 03 2022 20:48:43 | Capital One Bank USA, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 517296533 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2022 20:48:50 | Capital One Bank USA NA, Att: General Correspondence, Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 517296534 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:49:00 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296537 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:49:01 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 517296538 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:49:00 | Citibank South Dakota, N.A. (FDIC), 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 517296539 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:54 | Citibank, NA (FDIC), 701 East 60th Street, North, Sioux Falls, SD 57104-0432 |
| 517296541 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:54 | Citibank/Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 517296540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:54 | Citibank/Sears, Citicorp Credit Services, Att: Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296545 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:47 | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:47 | Citicards CBNA, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296548 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:49:01 | Costco Citi, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 517296550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:49:00 | Costco Go Anywhere Citicard, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 517296549 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:54 | Costco Go Anywhere Citicard, Citicorp Credit Card Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296554 | | Email/Text: mrdiscen@discover.com | Aug 03 2022 20:40:00 | Discover Financial, P.O. Box 15316, Wilmington, DE 19850 |
| 517296561 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:54 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 517313689 | | Email/Text: mrdiscen@discover.com | Aug 03 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517296553 | + | Email/Text: mrdiscen@discover.com | Aug 03 2022 20:40:00 | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |
| 517296556 | ^ | MEBN | Aug 03 2022 20:40:34 | Equifax, 1550 Peartree Street NW, Atlanta, GA 30309-2468 |
| 517296557 | ^ | MEBN | Aug 03 2022 20:40:16 | Experian, 475 Anton Boulevard, Costa Mesa, CA 92626-7037 |
| 517433302 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2022 20:48:47 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517296563 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 03 2022 20:41:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 517296564 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 03 2022 20:41:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517341617 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 03 2022 20:41:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517296566 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 20:48:47 | Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 517296569 | | Email/Text: DASPUBREC@transunion.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2022 | Form ID: 137 | Total Noticed: 50 |

|  |  |  | Aug 03 2022 20:40:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |
|---|---|---|---|---|
| 517296568 | ^ | MEBN | | |
| | | | Aug 03 2022 20:39:45 | Trans Union, P.O. Box 2000, Chester, PA 19016-2000 |
| 517407821 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Aug 03 2022 20:48:52 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517296524 | *+ | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296525 | *+ | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296526 | *+ | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296521 | *+ | Bank of America, Nc4-105-03-14, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 517296535 | *+ | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296536 | *+ | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296546 | *+ | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296547 | *+ | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296543 | *+ | Citicards CBNA, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296544 | *+ | Citicards CBNA, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296560 | *+ | John and Patricia Graham, 82 New York Avenue, Apartment No. 1, Dumont, NJ 07628-2410 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 03, 2022 | Form ID: 137 | Total Noticed: 50 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia E. Fortunato
    on behalf of Debtor Fiona Graham njbankruptcy911@gmail.com
    bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 7