| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2© |
| VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, NJ 07601<br>201-673-5777<br><br>Virginia E. Fortunato #VEF-0787<br>*Attorney for Debtor, Fiona Graham* |

Order Filed on September 7, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>**FIONA GRAHAM,**<br>         Debtor. |
|---|

Case No.   18-11502/SLM

Chapter:    13

Hearing Date:   September 6, 2022

Judge:    Stacey L. Meisel

### ORDER FOR ALLOWANCE OF POST-CONFIRMATION ATTORNEY FEES FOR SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

DATED: September 7, 2022

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| Page: | 2 |
|---|---|
| Debtors: | Fiona Graham |
| Case No.: | 18-11502/SLM - Chapter 13 |
| Caption: | Order For Allowance of Post-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b) |

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Fiona Graham, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED**, that the attorney for the debtor is hereby allowed the sum of $2,850.00 as her fee and $18.79 for costs and expenses of which $0.00 has not been received by said attorney and of which the balance of $2,869.54 shall be disbursed by the Chapter 13 Trustee from funds she has hand; and it is further,

**ORDERED**, that should this case be dismissed, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the movant before monies are released to the debtor.