| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Fiona Graham<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0703<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   18–11502–SLM | | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Fiona Graham
    aka Fiona M Graham

<u>12/1/22</u>                                               **By the court:** <u>Stacey L. Meisel</u>
                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Fiona Graham  
    Debtor

Case No. 18-11502-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 01, 2022      Form ID: 3180W      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fiona Graham, 82 New York Avenue, Dumont, NJ 07628-2410 |
| 517296527 | + | Bank of America (FDIC), Corporate Office, 100 North Tryon Street, Charlotte, NC 28202-4031 |
| 517296528 | | Best Buy Corporate Headquarters, 7601 Penn Avenue S (at 7th Street), Richfield, MN 55423 |
| 517296529 | + | Capital One, 50 Northwest Point Road, Elk Grove Vilage, IL 60007-1032 |
| 517296530 | + | Capital One Bank (USA), NA (FDIC), 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 517296531 | + | Capital One Bank Corporate Office, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 517296551 | + | Costco Headquarters, 999 Lake Drive, Issaquah, WA 98027-5367 |
| 517296552 | + | Discover Bank (FDIC), 502 E. Market Street, Greenwood, DE 19950-9700 |
| 517296555 | + | Dumont Tax Collector, 50 Washington Avenue, Dumont, NJ 07628-3647 |
| 517296559 | + | John and Patricia Graham, 82 New York Avenue, Apartment No. 1, Dumont, NJ 07628-2410 |
| 517296558 | + | John and Patricia Graham, 82 New York Avenue, Apartment No. 1, NJ 07628-2410 |
| 517296562 | + | Macy's Corporate Office & Headquarters, 7 West 7th Street, Cincinnati, OH 45202-2424 |
| 517296567 | + | Sears Corporate Headquarters, 3333 Beverly Road, Hoffman Estates, IL 60179-0001 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2022 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2022 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517344527 | | EDI: GMACFS.COM | Dec 02 2022 01:48:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517296519 | + | EDI: GMACFS.COM | Dec 02 2022 01:48:00 | Ally Financial, Att: Bankruptcy, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 517296518 | + | EDI: GMACFS.COM | Dec 02 2022 01:48:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 517296522 | | EDI: BANKAMER.COM | Dec 02 2022 01:48:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 517296523 | + | EDI: BANKAMER.COM | Dec 02 2022 01:48:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296520 | + | EDI: BANKAMER.COM | Dec 02 2022 01:48:00 | Bank of America, Nc4-105-03-14, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 517438873 | + | EDI: BANKAMER2.COM | Dec 02 2022 01:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517296565 | | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Sears, P.O. Box 78051, Phoenix, AZ 85062 |
| 517296532 | | EDI: CAPITALONE.COM | Dec 02 2022 01:48:00 | Capital One Bank USA, P.O. Box 71083, Charlotte, NC 28272-1083 |

Case 18-11502-SLM    Doc 67    Filed 12/03/22    Entered 12/05/22 00:26:41    Desc Imaged
                          Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: 3180W | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517296533 | + | EDI: CAPITALONE.COM | Dec 02 2022 01:48:00 | Capital One Bank USA NA, Att: General Correspondence, Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 517296534 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296537 | | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 517296538 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Citibank South Dakota, N.A. (FDIC), 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 517296539 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Citibank, NA (FDIC), 701 East 60th Street, North, Sioux Falls, SD 57104-0432 |
| 517296541 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Citibank/Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 517296540 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Citibank/Sears, Citicorp Credit Services, Att: Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296545 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296542 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Citicards CBNA, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296548 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Costco Citi, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 517296550 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Costco Go Anywhere Citicard, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 517296549 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Costco Go Anywhere Citicard, Citicorp Credit Card Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296554 | | EDI: DISCOVER.COM | Dec 02 2022 01:48:00 | Discover Financial, P.O. Box 15316, Wilmington, DE 19850 |
| 517296561 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 517313689 | | EDI: DISCOVER.COM | Dec 02 2022 01:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517296553 | + | EDI: DISCOVER.COM | Dec 02 2022 01:48:00 | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |
| 517296556 | ^ | MEBN | Dec 01 2022 20:52:05 | Equifax, 1550 Peartree Street NW, Atlanta, GA 30309-2468 |
| 517296557 | ^ | MEBN | Dec 01 2022 20:51:49 | Experian, 475 Anton Boulevard, Costa Mesa, CA 92626-7037 |
| 517433302 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2022 20:58:09 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517296563 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 01 2022 20:55:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 517296564 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 01 2022 20:55:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517341617 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 01 2022 20:55:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517296566 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 517296569 | | Email/Text: DASPUBREC@transunion.com | Dec 01 2022 20:54:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |

Case 18-11502-SLM    Doc 67    Filed 12/03/22    Entered 12/05/22 00:26:41    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: 3180W | Total Noticed: 50 |

| 517296568 | ^ MEBN | | | |
|---|---|---|---|---|
| | | | Dec 01 2022 20:51:31 | Trans Union, P.O. Box 2000, Chester, PA 19016-2000 |
| 517407821 | + EDI: AIS.COM | | | |
| | | | Dec 02 2022 01:48:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517296524 | *+ | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296525 | *+ | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296526 | *+ | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296521 | *+ | Bank of America, Nc4-105-03-14, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 517296535 | *+ | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296536 | *+ | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296546 | *+ | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296547 | *+ | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296543 | *+ | Citicards CBNA, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296544 | *+ | Citicards CBNA, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296560 | *+ | John and Patricia Graham, 82 New York Avenue, Apartment No. 1, Dumont, NJ 07628-2410 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Dec 01, 2022 | Form ID: 3180W | Total Noticed: 50

on behalf of Debtor Fiona Graham njbankruptcy911@gmail.com
bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 6